COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Eduardo Nonoalsi Bravo v. Parkhollow Place Property
                            Owners Association

Appellate case number:      01-18-01011-CV

Trial court case number:    2017-51356

Trial court:                55th District Court of Harris County

On July 11, 2019, appellant, Eduardo Nonoalsi Bravo, filed a 32-page "letter-brief" with the Court. On July 16, 2019, we notified appellant that his letter-brief did not comply with Texas Rule of Appellate Procedure 38.1 and ordered him to file an amended appellant's brief complying with the applicable Texas Rules of Appellate Procedure, including Rule 38.1 on or before August 15, 2019. Appellant did not file his amended brief by the deadline set by the Court.

On a motion by appellant, the deadline to file his amended appellant's brief was extended to September 16, 2019. Appellant again failed to file his amended brief by the extended deadline. On August 4, 2020, the Clerk of this Court notified appellant that the time for filing his amended brief had expired. Appellant was further advised that unless he filed his amended brief on or before August 14, 2020, the appeal was subject to dismissal. Appellant did not respond by the deadline set by the Court. On September 2, 2020, nearly a year after his amended brief was originally due, appellant filed a second motion for extension of time to file his amended brief. Appellant's motion failed to identify the length of an extension being requested. On September 10, 2020, we granted appellant's motion, extending the deadline to file his amended brief to October 12, 2020.

Appellant failed to file his amended brief by the extended deadline. On October 14, 2020, more than a year after his amended brief was originally due, appellant filed a letter with the Clerk of this Court requesting a third extension of the deadline to file his amended brief. Appellant again failed to identify the length of the extension being requested. On October 27, 2020, we granted appellant's motion, extending the deadline to file his amended brief to November 30, 2020. In our October 27, 2020 order, we further advised appellant that **no further extensions would be considered and the failure to file a brief**

**by the extended deadline will result in the dismissal of the appeal for want of prosecution**.

Despite this notice, appellant failed to file his amended brief by the extended deadline set by the Court. On December 3, 2020, appellant filed a letter with the Clerk of this Court requesting a fourth extension of the deadline to file his amended brief. We construe appellant's letter as a motion for extension of time. Appellant again failed to identify the length of the extension requested. However, appellant's fourth motion for extension comes almost sixteen months after the original due date of his amended brief, and further, as noted above, in our October 27, 2020 order, appellant was notified that no further extensions would be considered.

Accordingly, appellant's fourth motion for extension of time to file his amended brief is **denied**. Appellant is ordered to file his amended brief within **fifteen days** of the date of this order. Failure to comply with this order will result in the dismissal of the appeal for want of prosecution.

It is so ORDERED.

Judge's signature: _____/s/ Terry Adams_____
        ☑ Acting individually   ☐ Acting for the Court

Date: ___December 15, 2020_____